```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0117--CV (JWS)
                           "DEXTER IVIE V JENNIFER BURNS"

                Including terminated parties, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/25/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (890) Other Statutory Actions
                     DENYING VISITATION RIGHTS
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 05/25/05 receipt # 00125791
           Trial by:
```

Parties of Record:                                  Counsel of Record:

PLF 1.1            IVIE, DEXTER                     Dexter Ivie
                                                    Pro Per
                                                    POB 299073
                                                    Wasilla, AK 99687
                                                    907-232-4562

DEF 1.1            BURNS, JENNIFER                  No counsel found for this party!

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0117--CV (JWS)
                             "DEXTER IVIE V JENNIFER BURNS"

                                    For all filing dates
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 05/25/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                    DENYING VISITATION RIGHTS
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 05/25/05 receipt # 00125791
          Trial by:


 Document #   Filed      Docket text
 _____   _____      _____

    1 -  1    05/25/05   Petition to enforce a visitation order under the parental kidnapping and
                         prevention act 28:1738A w/att exhs.

    2 -  1    06/03/05   JWS Order clk to send plf a summons form; plf to complete sum & return
                         to the crt for issuance; re plf to complete svc by 9/22/05; clk to send
                         plf cy of PS12 & pro se handbook. cc: cnsl

    3 -  1    09/14/05   PLF 1 motion for time extension of 60 days to serve Jennifer Burns.

    3 -  2    09/14/05   PLF 1 motion for the court to issue a special order to child support
                         services division.

    4 -  1    09/21/05   JWS Minute Order denying w/o prej mot for crt to iss a special ord to
                         child support services divis (3-2); granting mot for time ext of 60 days
                         to serve Jennifer Burns (3-1); plf has until 11/21/05 to serve def;
                         return of svc due 11/30/05. cc: cnsl, PSLC

    5 -  1    11/21/05   PLF 1 motion for time extension of 90 days and up to 120 days if
                         necessary w/att aff & exhs.
```