MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ___ Deputy

___DEXTER IVIE___ v. ___JENNIFER BURNS___

THE HONORABLE JOHN W. SEDWICK        CASE NO. __A05-0117 CV (JWS)__

Deputy Clerk                          Official Recorder

__Pam Richter__                       _____

APPEARANCES:   for PLAINTIFF: ----

               for DEFENDANT: ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Plaintiff Ivie filed this lawsuit on May 25, 2005.  (Docket 1). Shortly before the 120 days for service contemplated by Federal Rule of Civil Procedure 4(m) would have run out, Mr. Ivie requested an additional sixty days in which to perfect service on defendant Jennifer Burns.  (Docket 3).  The court granted that request. (Docket 4).  Now at docket 5, Mr. Ivie requests a further extension of not less than 90 days and preferably 120 days.

While the court appreciates that it may be difficult to locate Ms. Burns, this case has already been pending for more than 6 months and Mr. Ivie has still not been able to locate Ms. Burns.  After reviewing the file and the motion papers at docket 5, the motion at docket 5 is **GRANTED in part** as follows:

1.  Plaintiff Ivie shall have until the close of business on February 28, 2006, (which is a bit more than 90 days from the date when the motion at docket 5 was filed) in which to file proof of service on defendant Burns.

2.  If plaintiff fails to file proof of service on defendant Burns by February 28, 2006, this case will be dismissed without prejudice.

                                      ENTERED AT JUDGE'S DIRECTION
DATE: __December 6, 2005__                  INITIALS: __prr__
                                              Deputy Clerk

A05-0117--CV (JWS)   12-6-05
-------------------------------
D. IVIE

6