Eric Conard, Esq
Law Office of Eric Conard LLC
832 S Colony Way
Palmer AK 99645
Ph (907) 746-6229
Fax (907) 746-6296

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Dexter Ivie,                )
    Plaintiff,    )
                      )
vs.                         )
                      )
Jennifer Burns,             )
    Defendant.    )
_____)   CASE NO. A-05-117 CV (JWS)

## ENTRY OF APPEARANCE

The Law Office of Eric Conard LLC enters its appearance in this matter on behalf of Jennifer Burns. All motions, pleadings, notices, correspondence, and other documents should be served electronically by the ECF system. If documents are served conventionally they should be addressed to the address in the upper left hand corner of this document.

Date: 2-8-06

/s/ Eric D. Conard
Eric D. Conard
AK Bar # 0006036
Counsel to Jennifer Burns

**Certificate of Service**

I certify that on 2-8-06, I served a copy of this document by first class mail to:

    Dexter Ivie
    PO Box 299073
    Wasilla AK 99687

/s/ Eric D. Conard
Eric D. Conard

Ivie v. Burns, A-05-117 CV
Entry of Appearance
Page 1 of 1