Eric Conard, Esq
Law Office of Eric Conard LLC
832 S Colony Way
Palmer AK 99645
Ph (907) 746-6229
Fax (907) 746-6296

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Dexter Ivie,      ) | |
|       Plaintiff,    ) | |
|               ) | |
| vs.           ) | |
|               ) | |
| Jennifer Burns,     ) | |
|       Defendant.   ) | |
| _____ ) | CASE NO. A-05-117 CV (JWS) |

## MOTION TO DISMISS OR
## ALTERNATIVELY FOR SUMMARY JUDGMENT

Jennnifer Burns, through counsel, respectively requests, that the Court dismiss this action:

1) For failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6); 2)

For lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1); or 3) For lack of personal

jurisdiction under Fed. R. Civ. P. 12(b)(2).


Date: 2-8-06                            /s/ Eric D. Conard
                                          Eric D. Conard
                                          AK Bar # 0006036
                                          Counsel to Jennifer Burns

## Certificate of Service

I certify that on 2-8-06, I served a copy of this
document by first class mail to:

       Dexter Ivie
       PO Box 299073
       Wasilla AK 99687

/s/ Eric D. Conard
Eric D. Conard


Ivie v. Burns, A-05-117 CV
Motion to Dismiss
Page 1 of 1