Dexter L. Ivie
P.O. Box 879073
Wasilla, Alaska 99687
(907) 232-4562

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

Dexter L. Ivie,
   Plaintiff

v.

Jennifer L. Burns (fka Ivie)
and Dorothy L. Marsh, in Her
Individual and Official
Capacity,
   Defendants

Case No. 3AN-02-13841 CI

COMPLAINT

Comes now, Dexter L. Ivie [Plaintiff] who COMPLAINS, ALLEGES, AFFIRMS, and STATES the following allegations and causes of action under oath against defendant, Jennifer L. Burns and defendant, Dorothy L. Marsh:

1. That on May 24, 1999-- defendant Burns was issued a Decree of Divorce in Civil Case 3PA-98-157 CI forever severing the bonds of matrimony between Ms. Burns and the Plaintiff.

2. In same Decree of Divorce at paragraph 11, Plaintiff was afforded a specific visitation schedule that included a directive from the Court ordering Ms. Burns to inform the Plaintiff of her current telephone number and PHYSICAL address. Defendant Burns has not complied with this directive. Defendant Marsh knowingly aided and abetted defendant Burns in the commission of Contempt of Court.

3. Due to the contempts precipitated by defendants Burns and Marsh, Plaintiff suffered harm and injury that included severe emotional distress and physical injury resulting in a de facto termination of his parental rights.

4. For Plaintiff's First Cause of Action, Plaintiff alleges the tort of Negligent Infliction of Emotional Distress [NIED] against defendant Burns and defendant Marsh causing Plaintiff severe emotional distress and associated physical injuries.

5. For Plaintiff's Second Cause of Action, Plaintiff alleges Contempt of Court and Obstruction of Justice against defendants Burns and Marsh with respect to impeding the enforcement of a court order.

6. For Plaintiff's Third Cause of Action, Plaintiff alleges violation of AS 25.24.150(c) to the extent that the best interests of the minor children have not been met insofar that they are being denied their right to a relationship with their natural father (Mr. Ivie) and that more than likely, Parental Alienation and Parental Alienation

-2-

Ex A  A-05-117 CV
pg 1 of 9

Ex A  A-05-117 CV
pg 2 of 9