16. Defendant committed further contempt of the court's order in civil case 3PA-98-157 CI through "selective enforcement" of the court's order, in particular, her reference to third party custody with respect to "in person" visits" with Mr. Ivie when this was not an issue. Defendant "maliciously" and "fraudulently" sought to employ a double standard before the Alaska Child Support Enforcement Division [CSED] as it related to releasing information concerning her whereabouts when Plaintiff was granted access to this information by the Palmer Court order.

17. Defendant failed to voluntarily offer the Plaintiff any kind of consideration or consideration in the form of do ut des or do ut facias agreements therefore, necessitating the Plaintiff to file this action.

18. That on November 13, 2002 -- Dorothy Marsh (the children's counsellor) engaged in a telephonic meeting with the Plaintiff's counsellor indicating that the children have not changed their attitude toward the Plaintiff (their natural father). Plaintiff further alleges that irreparable harm is iminent based on the transcription of this phone call.

19. Upon information and belief, Plaintiff alleges that on November 13, 2002 -- Dorothy Marsh had complete knowledge of

-5-

Ex A A-05-117cv pg 5 of 9

the whereabouts of the minor children including complete knowledge of the defendant's current telephone number and physical address. Plaintiff further alleges additional aiding and abetting in the commission of contempt of the Palmer, Alaska Court order in civil case 3PA-98-157 CI .

20. For Plaintiff's Ninth Cause of Action, Plaintiff alleges violation of the Family Education Rights and Privacy Act or FERPA to the extent that the defendant made no attempt or to offer the Plaintiff the minor children's school records. Plaintiff affirms that he could not request these records because he did not have the defendant's current telephone number, physical address, or mailing address.

DATED this 12 day of December 2002

By: [signature]
Dexter L. Ivie, Plaintiff

Ex A A-05-117cv pg 6 of 9

-6-