PRAYER FOR RELIEF

Wherefore, the Plaintiff Prays to the Court for the following relief:

1. That the Plaintiff be given Ms. Burn's current telephone number and PHYSICAL address. [NOT a Mailbox, etc. "physical" address.]

2. That the Plaintiff be given the address of the school or schools that the children are currently attending.

3. That the minor children be tested for Parental Alienation Syndrome in their home state at the defendants' expense.

4. That the Plaintiff be awarded 50% LEGAL and 50% PHYSICAL CUSTODY of the minor children with the filing of an appropriate Motion to Modify.

5. That the Court enforce AS 25.30.860(a) and AS 25.30.880 (a)(1)(2)(4)

6. That defendants Marsh and Burns be sanctioned for violating AS 25.20.140 @ $200/contempt [52 weeks x 4 years]. This translates as follows: [15 contempts/week x 52 weeks = 780 contempts/year]($200/contempt = $156K annual sanction (4 years) = $ 624,000 Sanctions under Alaska Law cumulative for Four years; Plus applicable Kansas sanctions that are appropriate to obstruction of justice, contempt of court, and impeding Plaintiff's right to the application and enforcement of the FULL FAITH and CREDIT Clause of the United States constitution.

7. Injunctive relief to prevent irreparable harm.

8. Unspecified compensatory and punitive damages.

9. Unspecified prospective damages resulting from the actions and inactions of the defendants and the Plaintiff's complaints.

10. Unspecified continuing and future damages resulting from the actions and inactions of the defendants and from the Plaintiff's complaints.

11. For such other, further, or different relief as the Court deems proper and just under the circumstances.

12. The Plaintiff desires to meet with the children's step father and to have the step father consult with BOTH counsellors to determine what course of action would be appropriate and in the best interests of the minor children.

DATED this 10 day of December 2002

-2-

Ex A A-05-117CV
pg 7 of 9

Ex A A-05-117CV
pg 8 of 9