## VERIFICATION

I state on oath or affirm that all statements of fact and law contained in the COMPLAINT are true and correct.

_Dexter L. Ivie_
Dexter L. Ivie

SUBSCRIBED AND SWORN before me at Anchorage, Alaska this

WASILLA

12 day of December 2002

_Notary signature_
Notary Public
My Commission Expires: 9/20/06

STATE OF ALASKA
NOTARY PUBLIC
CARMEN M. FRISBY
My Commission Expires 9/20/06

-3-

Ex A A-05-117CV
pg 9 of 9