## Final Judgment (top portion, rotated)

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

Dexter L. Ivie,
    Plaintiff,

vs.

Jennifer Burns and
Dorothy Marsh,
    Defendants.

Case No. 3AN-02-13841 CI

**FINAL JUDGMENT**

The court enters final judgment in this matter pursuant to Civil Rule 54.

Having considered Defendant, Jennifer Burns, motion for an award of attorney fees and after reviewing the record and any opposition thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Jennifer Burns awarded the sum of $450 ✓ as attorney's fees to be paid by Plaintiff.

JUDGMENT in favor of Defendant Jennifer Burns and against Plaintiffs, therefore awarded in the sum of $ 450 ✓ , plus interest thereon at the rate of 3.7 percent per annum, until paid.

DATED: 6/11/03

Mark Rindner
Judge of the Superior Court

Handwritten note: *The court finds enhanced attorneys fees are warranted given that the claims in defense asserted by plaintiff were not reasonable and were asserted in bad faith. See Civil Rule 82 (b)(3)(F) and (G). /MR/*

JUN 12 2003

I certify that on June 11, 2003 a copy of the above was mailed to each of the following at their addresses of record:
D'Arie Edward T. Gorski
/Omohai/ Administrative Assistant

WILLIAM F. TULL & ASSOCIATES
Attorneys at Law
834 S. Bailey St. #201
Palmer, AK 99645
(907)745-3206
Fax (907)746-2662

APR 23 2003

Ex B A-05-117 CV
pg 2 of 2

---

## Order (bottom portion)

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

Dexter L. Ivie,
    Plaintiff,

vs.

Jennifer Burns and
Dorothy Marsh,
    Defendants.

Case No. 3AN-02-13841 CI

**ORDER**

Defendant, Jennifer Burns, specially appeared in this action to contest the court's jurisdiction over the subject matter and her person. She additionally moved to dismiss the matter for lack of venue. Upon review of Defendant's filing and Plaintiff's opposition, the court dismisses all of Plaintiff's custody related claims for lack of subject matter jurisdiction due to Judge Cutler's custody ruling relinquishing child custody jurisdiction in 3PA-98-157 CI.

The court dismisses Plaintiff's non-custody claims against Jennifer Burns for lack of personal jurisdiction over her and because Alaska is an inconvenient forum for the litigation of Plaintiff's non-custody claims.

Dated this 14 day of April, 2003

Mark Rindner
Superior Court Judge

F:\Docs\burns\anchorage\motion to dismiss order.wpd

APR 15 2003

I certify that on April 14, 2003 a copy of the above was mailed to each of the following at their addresses of record:
Ivie Conrad Gorski
/Omohai/ Administrative Assistant

Ex B A-05-117 CV
pg 1 of 2

WILLIAM F. TULL & ASSOCIATES
Attorneys at Law
834 S. Bailey St. #201
Palmer, AK 99645
(907)745-3206
Fax (907)746-2662

FEB 18 2003