Dexter Ivie
P.O. Box 299073
Wasilla, Alaska 99687

(907) 232-4562



RECEIVED
FEB 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Dexter Ivie, ) | |
| ) | |
| Petitioner ) | |
| ) | Affidavit Format |
| v. ) | Facts are Sworn. |
| Jennifer Burns, fka ) | |
| Jennifer Ivie, fka Jennifer ) | |
| Pharr, fka Jennifer Coffman ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**CASE NO. A-05-117-CV (JWS)**

### RETURN/PROOF OF SERVICE

Dexter Ivie, Petitioner, files this return/proof of service with the court in accordance with Federal Rule of Civil Procedure 4(l) affirming under oath that Jennifer Burns has been duly served.

Please see attached documents.

DATED this 9th day of February 2006

Submitted this  9TH  day of FEBRUARY 2006

By: _____
Dexter Ivie,   Petitioner

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WAIKOLOA, HI 96738

| | | |
|---|---|---|
| Postage | $ 1.11 | UNIT ID: 0507 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | 3.70 | Clerk: B55QK0 |
| Total Postage & Fees | $ 9.06 | 01/20/06 |

Sent To: JENNIFER L. BURNS
Street, Apt. No.; or PO Box No.: APT-1-22  68-3520 KEKU
City, State, ZIP+4: WAIKOLOA, HAWAII 96738

PS Form 3800, June 2002          See Reverse for Instructions

7005 1820 0005 3461 1878

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JENNIFER L. BURNS
APT. -1- 22
68-3520 KEKUMU
WAIKOLOA, HAWAII
96738-5366

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jennifer L. Burns
C. Date of Delivery: 1/25/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Transfer from service label)
7005 1820 0005 3461 1878

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540