

Dexter Ivie
P.O. Box 299073
Wasilla, Alaska 99687

(907) 232-4562

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Dexter Ivie, | ) |
|     Petitioner | ) ) ) Affidavit Format |
| v. | ) Facts are Sworn. |
| Jennifer Burns, fka Jennifer Ivie, fka Jennifer Pharr, fka Jennifer Coffman | ) ) ) ) |
|     Respondent. | ) ) |

CASE NO. A-05-117-CV (JWS)

### MOTION FOR TIME EXTENSION

Comes now, Dexter Ivie, who moves the court for a 10 (ten) day time extension pursuant to Federal Rule of Civil Procedure 6(b). I received the defendant's motion to dismiss on Saturday, February 11, 2006. Local Rule 7.1(e) provides 15 (fifteen) days to respond to the motion from the date of service. The fifteenth day falls on Sunday, February 26, 2006 making the due date Monday, February 27, 2006. Ten days from this date is Thursday, March 9, 2006. As a pro se litigant, Dexter needs additional time to respond to this dispositive motion.

Submitted this 24TH day of FEBRUARY 2006

By: _____[signature]_____
    Dexter Ivie,   Petitioner

**CERTIFICATE OF SERVICE**

The following documents: MOTION FOR TIME EXTENSION and this CERTIFICATE OF SERVICE served on the following:

Eric Conard. Esq.
Law Office of Eric Conard, LLC
832 South Colony Way
Palmer, Alaska 99645

746-6229 Office

746-6296 Fax

\_\_\_\_\_ In Person      ✓ via First Class Mail

DATED this 24TH day of February 2006

Submitted this 24TH day of FEBRUARY 2006

By: _____
    Dexter Ivie,    Petitioner