Dexter Ivie
P.O. Box 299073
Wasilla, Alaska 99687

(907) 232-4562

REC

MAR 0

CLERK U.S. DISTRICT
ANCHORAGE A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Dexter Ivie,<br><br>  Plaintiff<br><br>v.<br>Jennifer Burns, fka<br>Jennifer Ivie, fka Jennifer<br>Pharr, fka Jennifer Coffman<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CASE NO. A-05-117-CV (JWS)**

### AFFIDAVIT OF DEXTER IVIE

Dexter Ivie having been duly sworn, deposes, and says.

1. I am the Plaintiff in the above captioned matter.

2. I have not had any contact with my children during the past eight years due to the defendant's non-compliance with Judge Cutler's order.

3. I filed a Petition as well as Motions in the Leavenworth, Kansas District Court Case No. 2003 DM 741. Judge Gunnar Sunby would not accept jurisdiction for the State of Kansas.

4. I have made good faith efforts to ensure that Jennifer received proper contacts and sources in order for her to file for the children's social security benefits and Alaska child support.

5. Upon information and belief, Jennifer has not completed these forms since receiving her last child support payment from Workers' Compensation on November 9, 2005.

6. Upon information and belief, Jennifer has made no statement or signed any form withdrawing her claim to Alaska Child Support payments or Social Security benefits for the children.

7. Jennifer did not inform me when she moved to Hawaii or any other place and she failed to provide me with her current and address and phone number.

8. I have exhausted all state remedies and avenues available to me to have Jennifer comply with the original court order.

9. Jennifer has concealed the children without my consent for the past eight years.

10. The outstanding motions in Judge Cutler's case have not been ruled on by any court since 1999.


Further your affiant sayeth naught.

DATED this 3rd day of March 2006


_____
Dexter Ivie, Plaintiff


SUBSCRIBED AND SWORN before me this 3rd day of March 2006 at Anchorage, Alaska.

_____
Notary Public IN and FOR Alaska
My Commission Expires: 8/13/2009

STATE OF ALASKA
NOTARY PUBLIC
Geofrey N. Uy, Jr.
My Commission Expires Aug 18, 2009

-2-