**RECEIVED**

MAR 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Dexter Ivie
P.O. Box 299073
Wasilla, Alaska
99687

Rec'd 4/26/04

April 21, 2004

ATTN: The Honorable Gunnar A. Sundby
     District Judge, First Judicial District

RE:    Request for Jurisdiction
       Case No. 2003 DM 741

Dear Judge Sundby:

Please allow me to introduce myself to you. My name is Dexter Ivie. I am a fifty three year old male who has not had any contact with his children for the past six years. My son Dexter Lowell is 17 years old and my daughter Mariah is 15 years old.

Please understand that your court remains my only hope for reconnecting with my children. Two Alaskan courts have relinquished jurisdiction to the state of Kansas. I bring my case before you to consider accepting jurisdiction.

I seek to refile my petition to modify child support payments by serving Jennifer Burns through publication in the Leavenworth Times should you decide to order a hearing. I respectfully ask your consideration in this matter.

Please have the clerk notify me by mail at the above address or by phone at (907) 232-4562 should you decide to accept my case.

I thank you for your prompt and courteous attention.

Sincerely,

Dexter Ivie

*[handwritten: Request to reopen and/or reinstate case — Denied GS 4/26/04]*

EXHIBIT 1
PAGE 1 OF 2

FILED
LEAVENWORTH COUNTY

'04 FEB 25 P3:32

IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS
FIRST JUDICIAL DISTRICT

CLERK OF DIST. COURT

DEPUTY

| | |
|---|---|
| DEXTER L. IVIE | PLAINTIFF/PETITIONER |
| vs./and | CASE NO: 2003 DM 000741 |
| JENNIFER L. BURNS | DEFENDANT/RESPONDENT |

ORDER OF DISMISSAL

NOW ON THIS __25th__ day of __February__, 2004, upon reviewing the above-entitled action, the court FINDS that the case should be dismissed without prejudice for the following reasons:

_____ Written request of the Plaintiff/Petitioner.

_____ Request of petitioning party made in open court.

_____ Agreement of counsel or party.

_____ Failure of petitioning party to appear for court hearing.

_____ Failure to appear for Pretrial/Scheduling Conference hearing.

_____ Failure to state claim upon which relief can be granted.

_____ No service after reasonable opportunity for service.

_____ Want of prosecution or inactivity.

__XXX__ Other: Lack of jurisdiction; no action pending in this state to permit consideration of Mr. Ivie's request.

IT IS THEREFORE ORDERED.

_____
DISTRICT JUDGE

EXHIBIT __1__
PAGE __2__ OF __2__