## DECLARATION OF ATTEMPTS

**RECEIVED**
MAR 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

COURT:

CASE NUMBER:

SHORT CASE TITLE: **IN THE INTEREST OF** Dexter L. Ivie

COURT DATE:

PARTY TO SERVE: Jennifer L. Burns

DOCUMENTS:

I declare the following attempts were made to effect service by personal delivery:

| | Date | Time | Address | Remarks |
|---|---|---|---|---|
| 1. | 9/17/03 | | | Computer Search |
| 2. | 9/20/03 | 11:00 AM | 1822 3rd Ave Leavenworth, Ks | Talked with Jennifer's mother who states she no longer lives here. Say's she gets phone call from Jennifer on a regular basis but does not know where she lives. |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | **SCANNED** |

I declare under the penalty of perjury under the laws of the State of Kansas that the foregoing is true and correct. Executed on

Date: 9-20-03, at 11:00 AM

Notary Public - State of Kansas
DONNA J. PFANNENSTIEL
My Appointment Expires 07/10/04

Signature: _____

EXHIBIT 2
PAGE 1 OF 3

## *Non - Service* — RETURN OF SERVICE SUMMONS

I herby certify that I have served the within summons:

- (1) By delivering on the ____ day of _____, 20__ @ _____ AM PM the summons and a copy of the petition to each of the within-named defendants.

- (2) By leaving on the ____ day of _____, 20__ @ _____ AM PM for each of the within named defendants.

  A copy of the summons and a copy of the petition at the respective dwelling place or usual place of abode of such defendants with some person of suitable age and discretion residing therein.

- (3) By delivering on the ____ day of _____, 20__ @ _____ AM PM a copy of the summons and a copy of the petition to each of the following agents authorized by appointment or by law to receive service of process _____.

- (4) By leaving a copy of the summons and a copy of the petition at the dwelling house or usual place of abode and mailing by first-class mail to each of the following defendants a notice that such copy has been so left _____ on the _____, 20__ @ _____ AM PM.

Reference: *Jennifer L. Burns*

At the address of: *1822 3rd Ave*, City: *Leavenworth*

County: *Leavenworth*, State: *Kansas*

_____
Special Process Server

Subscribed and sworn to before me this *23rd* day of *Sept*, 20 *03*.
My appointment expires *July 10, 2004*

_____
Notary Signature

EXHIBIT 2
PAGE 2 OF 3





7926 Rowland Ave.
Kansas City, KS 66109
Office: (913) 299-2715
Fax: (913) 299-1625
Cell: (816) 200-3622
E-mail: Kcinvestigator@kc.rr.com

# INVOICE

INVOICE NO: 0326601

Date: Sept. 22, 2003
Mr. Dexter Ivie
P.O. Box 879073
Wasilla, AK 99629

| REFERENCE | NAME & ADDRESS WHERE EXECUTED | DATE / TIME Attempted | AMOUNT |
|---|---|---|---|
| Non Serve | Jennifer L Burns, 1822 3rd Ave., Leavenworth, KS 66048 | 9/20/03 @ 11:00 AM | 50.00 |
| Computer Trace | Jennifer L Burns | | 25.00 |

| | TOTAL DUE | $75.00 |
|---|---|---|

Make all checks payable to: RSVP, Inc.
THANK YOU FOR THE BUSINESS!
If you have any questions regarding this invoice, contact Val Pfannenstiel at (913) 299-2715.

EXHIBIT 2
PAGE 3 OF 3