03/01/06

ALASKA CHILD SUPPORT SERVICES DIVISION
AUTOMATED AUDIT SUMMARY REPORT

RECEIVED

MAR 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

From: 03/01/98

Case ID        : 001065361          Case Worker: 7089   - Donna H Delaney      Team: 01
Custodian      : JENNIFER L BURNS         FVI
Non-Custodian  : DEXTER L IVIE

Other State ID:

Mail to        : DEXTER L IVIE                        Balance Owed:      1,368.92
                 PO BOX 299073
                 WASILLA , AK 99629

| Date | Item Description | Charges | Payments & Credits | Balance |
|------|-----------------|---------|--------------------|---------|
| 02/01/06 | Support Charge | 404.44 | | 1,368.92 |
| 01/01/06 | Support Charge | 404.44 | | 964.48 |
| 12/01/05 | Support Charge | 404.44 | | 560.04 |
| 11/09/05 | Payment - W/C | | 186.66 | 155.60 |
| 11/01/05 | Payment - W/C | | 62.18 | 342.26 |
| | Support Charge | 404.44 | | 404.44 |
| 10/26/05 | Payment - W/C | | 124.48 | 0.00 |
| 10/13/05 | Payment - W/C | | 186.66 | 124.48 |
| 10/01/05 | Payment - W/C | | 93.30 | 311.14 |
| | Support Charge | 404.44 | | 404.44 |
| 09/27/05 | Payment - W/C | | 93.36 | 0.00 |
| 09/15/05 | Payment - W/C | | 186.66 | 93.36 |
| 09/01/05 | Payment - W/C | | 186.66 | 280.02 |
| | Support Charge | 404.44 | | 466.68 |
| 08/17/05 | Payment - W/C | | 186.66 | 62.24 |
| 08/03/05 | Payment - W/C | | 186.66 | 248.90 |
| 08/01/05 | Support Charge | 404.44 | | 435.56 |
| 07/21/05 | Payment - W/C | | 186.66 | 31.12 |
| 07/06/05 | Payment - W/C | | 186.66 | 217.78 |
| 07/01/05 | Support Charge | 404.44 | | 404.44 |
| 06/01/05 | Payment - W/C | | 404.44 | 0.00 |
| | Support Charge | 404.44 | | 404.44 |
| 05/01/05 | Payment - W/C | | 404.44 | 0.00 |
| | Support Charge | 404.44 | | 404.44 |
| 04/19/05 | Payment - W/C | | 69.92 | 0.00 |
| 04/01/05 | Payment - W/C | | 334.52 | 69.92 |
| | Support Charge | 404.44 | | 404.44 |
| 03/22/05 | Payment - W/C | | 169.48 | 0.00 |
| 03/04/05 | Payment - W/C | | 252.00 | 169.48 |
| 03/01/05 | Payment - W/C | | 124.52 | 421.48 |
| | Support Charge | 546.00 | | 546.00 |
| 02/18/05 | Payment - W/C | | 127.48 | 0.00 |
| 02/08/05 | Payment - W/C | | 252.00 | 127.48 |
| 02/01/05 | Payment - W/C | | 166.52 | 379.48 |
| | Support Charge | 546.00 | | 546.00 |
| 01/25/05 | Payment - W/C | | 85.48 | 0.00 |
| 01/11/05 | Payment - W/C | | 252.00 | 85.48 |
| 01/01/05 | Payment - W/C | | 208.52 | 337.48 |
| | Support Charge | 546.00 | | 546.00 |
| 12/28/04 | Payment - W/C | | 43.48 | 0.00 |
| 12/14/04 | Payment - W/C | | 252.00 | 43.48 |
| 12/01/04 | Payment - W/C | | 250.52 | 295.48 |
| | Support Charge | 546.00 | | 546.00 |
| 11/29/04 | Payment - W/C | | 1.48 | 0.00 |
| 11/17/04 | Payment - W/C | | 252.00 | 1.48 |
| 11/01/04 | Payment - W/C | | 292.52 | 253.48 |
| | Support Charge | 546.00 | | 546.00 |
| 10/20/04 | Payment - W/C | | 211.48 | 0.00 |
| 10/04/04 | Payment - W/C | | 252.00 | 211.48 |
| 10/01/04 | Payment - W/C | | 82.52 | 463.48 |
| | Support Charge | 546.00 | | 546.00 |
| 09/20/04 | Payment - W/C | | 169.48 | 0.00 |
| 09/10/04 | Payment - W/C | | 252.00 | 169.48 |
| 09/01/04 | Payment - W/C | | 124.52 | 421.48 |
| | Support Charge | 546.00 | | 546.00 |
| 08/24/04 | Payment - W/C | | 127.48 | 0.00 |

EXHIBIT 4
PAGE 1 OF 5

03/01/06                        ALASKA CHILD SUPPORT SERVICES DIVISION                      PAGE:      2
                                  AUTOMATED AUDIT SUMMARY REPORT

| Date | Description | | | |
|------|-------------|---|---|---|
| 08/03/04 | Payment - W/C | | 252.00 | 127.48 |
| 08/01/04 | Payment - W/C | | 166.52 | 379.48 |
| | Support Charge | 546.00 | | 546.00 |
| 07/19/04 | Payment - W/C | | 85.48 | 0.00 |
| 07/01/04 | Payment - W/C | | 460.52 | 85.48 |
| | Support Charge | 546.00 | | 546.00 |
| 06/28/04 | Payment - W/C | | 43.48 | 0.00 |
| 06/08/04 | Payment - W/C | | 252.00 | 43.48 |
| 06/01/04 | Payment - W/C | | 250.52 | 295.48 |
| | Support Charge | 546.00 | | 546.00 |
| 05/26/04 | Payment - W/C | | 1.48 | 0.00 |
| 05/11/04 | Payment - W/C | | 252.00 | 1.48 |
| 05/03/04 | Payment - W/C | | 252.00 | 253.48 |
| 05/01/04 | Payment - W/C | | 40.52 | 505.48 |
| | Support Charge | 546.00 | | 546.00 |
| 04/29/04 | Payment - W/C | | 715.48 | 0.00 |
| 04/01/04 | Support Charge | 546.00 | | 715.48 |
| 03/22/04 | Payment - W/C | | 252.00 | 169.48 |
| 03/04/04 | Payment - W/C | | 252.00 | 421.48 |
| 03/01/04 | Support Charge | 546.00 | | 673.48 |
| 02/11/04 | Payment - W/C | | 252.00 | 127.48 |
| 02/01/04 | Payment - W/C | | 166.52 | 379.48 |
| | Support Charge | 546.00 | | 546.00 |
| 01/29/04 | Payment - W/C | | 85.48 | 0.00 |
| 01/14/04 | Payment - W/C | | 504.00 | 85.48 |
| 01/12/04 | Payment - W/C | | 252.00 | 589.48 |
| 01/01/04 | Support Charge | 546.00 | | 841.48 |
| 12/11/03 | Payment - W/C | | 252.00 | 295.48 |
| 12/02/03 | Payment - W/C | | 252.00 | 547.48 |
| 12/01/03 | Support Charge | 546.00 | | 799.48 |
| 11/12/03 | Payment - W/C | | 252.00 | 253.48 |
| 11/01/03 | Payment - W/C | | 40.52 | 505.48 |
| | Support Charge | 546.00 | | 546.00 |
| 10/16/03 | Payment - W/C | | 211.48 | 0.00 |
| 10/02/03 | Payment - W/C | | 252.00 | 211.48 |
| 10/01/03 | Payment - W/C | | 82.52 | 463.48 |
| | Support Charge | 546.00 | | 546.00 |
| 09/18/03 | Payment - W/C | | 169.48 | 0.00 |
| 09/05/03 | Payment - W/C | | 252.00 | 169.48 |
| 09/01/03 | Payment - W/C | | 124.52 | 421.48 |
| | Support Charge | 546.00 | | 546.00 |
| 08/21/03 | Payment - W/C | | 127.48 | 0.00 |
| 08/07/03 | Payment - W/C | | 252.00 | 127.48 |
| 08/01/03 | Payment - W/C | | 166.52 | 379.48 |
| | Support Charge | 546.00 | | 546.00 |
| 07/24/03 | Payment - W/C | | 85.48 | 0.00 |
| 07/10/03 | Payment - W/C | | 252.00 | 85.48 |
| 07/01/03 | Payment - W/C | | 208.52 | 337.48 |
| | Support Charge | 546.00 | | 546.00 |
| 06/26/03 | Payment - W/C | | 43.48 | 0.00 |
| 06/12/03 | Payment - W/C | | 252.00 | 43.48 |
| 06/04/03 | Payment - W/C | | 252.00 | 295.48 |
| 06/01/03 | Support Charge | 546.00 | | 547.48 |
| 05/28/03 | Payment - W/C | | 252.00 | 1.48 |
| 05/07/03 | Payment - W/C | | 252.00 | 253.48 |
| 05/01/03 | Payment - W/C | | 40.52 | 505.48 |
| | Support Charge | 546.00 | | 546.00 |
| 04/23/03 | Payment - W/C | | 211.48 | 0.00 |
| 04/16/03 | Payment - W/C | | 252.00 | 211.48 |
| 04/01/03 | Payment - W/C | | 82.52 | 463.48 |
| | Support Charge | 546.00 | | 546.00 |
| 03/27/03 | Payment - W/C | | 169.48 | 0.00 |
| 03/14/03 | Payment - W/C | | 252.00 | 169.48 |
| 03/01/03 | Payment - W/C | | 124.52 | 421.48 |
| | Support Charge | 546.00 | | 546.00 |
| 02/27/03 | Payment - W/C | | 127.48 | 0.00 |
| 02/12/03 | Payment - W/C | | 252.00 | 127.48 |
| 02/01/03 | Payment - W/C | | 166.52 | 379.48 |
| | Support Charge | 546.00 | | 546.00 |
| 01/29/03 | Payment - W/C | | 85.48 | 0.00 |
| 01/15/03 | Payment - W/C | | 252.00 | 85.48 |
| 01/02/03 | Payment - W/C | | 252.00 | 337.48 |
| 01/01/03 | Support Charge | 546.00 | | 589.48 |
| 12/12/02 | Payment - W/C | | 252.00 | 43.48 |

EXHIBIT 4
PAGE 2 OF 5

| | | | | |
|---|---|---|---|---|
| 12/01/02 | Payment - W/C | | 250.52 | 295.48 |
| | Support Charge | 546.00 | | 546.00 |
| 11/29/02 | Payment - W/C | | 1.48 | 0.00 |
| 11/20/02 | Payment - GAR | | 252.00 | 1.48 |
| 11/04/02 | Payment - W/C | | 252.00 | 253.48 |
| 11/01/02 | Payment - W/C | | 40.52 | 505.48 |
| | Support Charge | 546.00 | | 546.00 |
| 10/21/02 | Payment - W/C | | 211.48 | 0.00 |
| 10/08/02 | Payment - W/C | | 252.00 | 211.48 |
| 10/01/02 | Payment - W/C | | 82.52 | 463.48 |
| | Support Charge | 546.00 | | 546.00 |
| 09/24/02 | Payment - W/C | | 169.48 | 0.00 |
| 09/09/02 | Payment - W/C | | 252.00 | 169.48 |
| 09/01/02 | Payment - W/C | | 124.52 | 421.48 |
| | Support Charge | 546.00 | | 546.00 |
| 08/28/02 | Payment - W/C | | 127.48 | 0.00 |
| 08/14/02 | Payment - W/C | | 252.00 | 127.48 |
| 08/01/02 | Payment - W/C | | 166.52 | 379.48 |
| | Support Charge | 546.00 | | 546.00 |
| 07/31/02 | Payment - W/C | | 85.48 | 0.00 |
| 07/17/02 | Payment - W/C | | 252.00 | 85.48 |
| 07/03/02 | Payment - W/C | | 252.00 | 337.48 |
| 07/01/02 | Support Charge | 546.00 | | 589.48 |
| 06/21/02 | Payment - W/C | | 252.00 | 43.48 |
| 06/06/02 | Payment - W/C | | 252.00 | 295.48 |
| 06/01/02 | Support Charge | 546.00 | | 547.48 |
| 05/22/02 | Payment - W/C | | 252.00 | 1.48 |
| 05/09/02 | Payment - W/C | | 252.00 | 253.48 |
| 05/01/02 | Payment - W/C | | 40.52 | 505.48 |
| | Support Charge | 546.00 | | 546.00 |
| 04/24/02 | Payment - W/C | | 211.48 | 0.00 |
| 04/11/02 | Payment - W/C | | 252.00 | 211.48 |
| 04/01/02 | Payment - W/C | | 82.52 | 463.48 |
| | Support Charge | 546.00 | | 546.00 |
| 03/29/02 | Payment - W/C | | 169.48 | 0.00 |
| 03/14/02 | Payment - W/C | | 252.00 | 169.48 |
| 03/01/02 | Payment - W/C | | 124.52 | 421.48 |
| | Support Charge | 546.00 | | 546.00 |
| 02/28/02 | Payment - W/C | | 127.48 | 0.00 |
| 02/15/02 | Payment - W/C | | 252.00 | 127.48 |
| 02/01/02 | Payment - W/C | | 166.52 | 379.48 |
| | Support Charge | 546.00 | | 546.00 |
| 01/30/02 | Payment - W/C | | 85.48 | 0.00 |
| 01/22/02 | Payment - W/C | | 252.00 | 85.48 |
| 01/14/02 | Payment - W/C | | 252.00 | 337.48 |
| 01/01/02 | Support Charge | 546.00 | | 589.48 |
| 12/26/01 | Payment - W/C | | 252.00 | 43.48 |
| 12/11/01 | Payment - W/C | | 252.00 | 295.48 |
| 12/01/01 | Support Charge | 546.00 | | 547.48 |
| 11/29/01 | Payment - W/C | | 252.00 | 1.48 |
| 11/19/01 | Payment - W/C | | 252.00 | 253.48 |
| 11/01/01 | Payment - W/C | | 252.00 | 505.48 |
| | Interest | | 0.84 | 757.48 |
| | Support Charge | 546.00 | | 758.32 |
| 10/31/01 | Interest | 0.84 | | 212.32 |
| 10/19/01 | Payment - W/C | | 252.00 | 211.48 |
| 10/05/01 | Payment - W/C | | 252.00 | 463.48 |
| 10/01/01 | Support Charge | 546.00 | | 715.48 |
| 09/30/01 | Interest | 0.64 | | 169.48 |
| 09/19/01 | Payment - W/C | | 252.00 | 168.84 |
| 09/06/01 | Payment - W/C | | 252.00 | 420.84 |
| 09/01/01 | Support Charge | 546.00 | | 672.84 |
| 08/31/01 | Interest | 0.42 | | 126.84 |
| 08/22/01 | Payment - W/C | | 252.00 | 126.42 |
| 08/07/01 | Payment - W/C | | 252.00 | 378.42 |
| 08/01/01 | Support Charge | 546.00 | | 630.42 |
| 07/31/01 | Interest | 0.42 | | 84.42 |
| 07/27/01 | Payment | | 756.00 | 84.00 |
| 07/26/01 | Payment | | 252.00 | 840.00 |
| 07/01/01 | Support Charge | 546.00 | | 1,092.00 |
| 06/01/01 | Support Charge | 546.00 | | 546.00 |
| 05/29/01 | Payment Refund | | 419.96 | 0.00 |
| 05/04/01 | Payment | | 273.00 | 0.00 |
| 05/01/01 | Support Charge | 546.00 | | 273.00 |

EXHIBIT __4__

PAGE _3_ OF _5_

|  | | | |
|---|---|---|---|
| | Payment | | 273.00 | -273.00 |
| 04/05/01 | Payment | | 273.00 | 0.00 |
| 04/01/01 | Support Charge | 546.00 | | 273.00 |
| | Payment | | 273.00 | -273.00 |
| 03/28/01 | Payment | | 273.00 | 0.00 |
| 03/01/01 | Support Charge | 546.00 | | 273.00 |
| | Payment | | 273.00 | -273.00 |
| 02/14/01 | Payment | | 273.00 | 0.00 |
| 02/01/01 | Support Charge | 546.00 | | 273.00 |
| | Payment | | 273.00 | -273.00 |
| 01/22/01 | Payment | | 273.00 | 0.00 |
| 01/09/01 | Payment | | 273.00 | 273.00 |
| 01/01/01 | Support Charge | 546.00 | | 546.00 |
| 12/08/00 | Payment | | 273.00 | 0.00 |
| 12/01/00 | Support Charge | 546.00 | | 273.00 |
| | Payment | | 273.00 | -273.00 |
| 11/08/00 | Payment | | 273.00 | 0.00 |
| 11/01/00 | Support Charge | 546.00 | | 273.00 |
| | Payment | | 273.00 | -273.00 |
| 10/28/00 | Payment Refund | | 14.93 | 0.00 |
| 10/24/00 | Payment Refund | | 273.00 | 0.00 |
| 10/13/00 | Payment | | 563.71 | 0.00 |
| 10/01/00 | Support Charge | 546.00 | | 563.71 |
| | Payment | | 546.00 | 17.71 |
| 09/30/00 | Interest | 2.78 | | 563.71 |
| 09/01/00 | Support Charge | 546.00 | | 560.93 |
| | Payment | | 546.00 | 14.93 |
| 08/31/00 | Interest | 2.78 | | 560.93 |
| 08/13/00 | Payment | | 273.00 | 558.15 |
| 08/01/00 | Support Charge | 546.00 | | 831.15 |
| | Payment | | 273.00 | 285.15 |
| 07/31/00 | Interest | 2.78 | | 558.15 |
| 07/06/00 | Payment | | 1,481.48 | 555.37 |
| 07/01/00 | Support Charge | 546.00 | | 2,036.85 |
| | Payment | | 393.41 | 1,490.85 |
| 06/30/00 | Interest | 9.38 | | 1,884.26 |
| 06/13/00 | Payment | | 930.94 | 1,874.88 |
| 06/05/00 | Payment | | 2,514.00 | 2,805.82 |
| 06/01/00 | Support Charge | 546.00 | | 5,319.82 |
| | Payment | | 546.00 | 4,773.82 |
| 05/31/00 | Interest | 25.82 | | 5,319.82 |
| 05/01/00 | Support Charge | 546.00 | | 5,294.00 |
| | Payment | | 546.00 | 4,748.00 |
| 04/30/00 | Interest | 25.82 | | 5,294.00 |
| 04/11/00 | Payment | | 337.52 | 5,268.18 |
| 04/01/00 | Support Charge | 546.00 | | 5,605.70 |
| | Payment | | 208.48 | 5,059.70 |
| 03/31/00 | Interest | 25.82 | | 5,268.18 |
| 03/30/00 | Payment | | 184.93 | 5,242.36 |
| 03/02/00 | Payment | | 393.41 | 5,427.29 |
| 03/01/00 | Support Charge | 546.00 | | 5,820.70 |
| 02/29/00 | Interest | 25.98 | | 5,274.70 |
| 02/22/00 | Payment | | 393.41 | 5,248.72 |
| 02/03/00 | Payment | | 393.41 | 5,642.13 |
| 02/01/00 | Support Charge | 546.00 | | 6,035.54 |
| 01/31/00 | Interest | 25.82 | | 5,489.54 |
| 01/19/00 | Payment | | 273.00 | 5,463.72 |
| 01/01/00 | Support Charge | 546.00 | | 5,736.72 |
| 12/31/99 | Interest | 25.82 | | 5,190.72 |
| 12/21/99 | Payment | | 273.00 | 5,164.90 |
| 12/16/99 | Payment | | 273.00 | 5,437.90 |
| 12/03/99 | Payment | | 273.00 | 5,710.90 |
| 12/01/99 | Support Charge | 546.00 | | 5,983.90 |
| 11/30/99 | Interest | 26.92 | | 5,437.90 |
| 11/09/99 | Payment | | 273.00 | 5,410.98 |
| 11/01/99 | Support Charge | 546.00 | | 5,683.98 |
| | Payment | | 273.00 | 5,137.98 |
| 10/31/99 | Interest | 26.92 | | 5,410.98 |
| 10/20/99 | Payment | | 273.00 | 5,384.06 |
| 10/14/99 | Payment | | 1,767.84 | 5,657.06 |
| 10/06/99 | Payment | | 273.00 | 7,424.90 |
| 10/01/99 | Support Charge | 546.00 | | 7,697.90 |
| 09/30/99 | Interest | 34.24 | | 7,151.90 |
| 09/15/99 | Payment | | 273.00 | 7,117.66 |

EXHIBIT  4
PAGE  4  OF  5

AUTOMATED AUDIT SUMMARY REPORT

| Date | Description | | | |
|---|---|---:|---:|---:|
| 09/08/99 | Payment | | 273.00 | 7,390.66 |
| 09/01/99 | Support Charge | 546.00 | | 7,663.66 |
| 08/31/99 | Interest | 32.88 | | 7,117.66 |
| 08/10/99 | Payment | | 273.00 | 7,084.78 |
| 08/09/99 | Adjustment | 546.00 | | 7,357.78 |
| | Credit | | 546.00 | 6,811.78 |
| 08/01/99 | Support Charge | 546.00 | | 7,357.78 |
| 07/31/99 | Interest | 32.88 | | 6,811.78 |
| 07/22/99 | Payment | | 273.00 | 6,778.90 |
| 07/08/99 | Payment | | 273.00 | 7,051.90 |
| 07/01/99 | Support Charge | 546.00 | | 7,324.90 |
| 06/30/99 | Interest | 32.88 | | 6,778.90 |
| 06/24/99 | Payment | | 273.00 | 6,746.02 |
| 06/14/99 | Payment | | 273.00 | 7,019.02 |
| 06/07/99 | Payment | | 273.00 | 7,292.02 |
| 06/01/99 | Support Charge | 546.00 | | 7,565.02 |
| 05/31/99 | Interest | 32.82 | | 7,019.02 |
| 05/14/99 | Payment | | 273.00 | 6,986.20 |
| 05/01/99 | Support Charge | 546.00 | | 7,259.20 |
| 04/30/99 | Interest | 32.82 | | 6,713.20 |
| 04/29/99 | Payment | | 273.00 | 6,680.38 |
| 04/21/99 | Payment | | 273.00 | 6,953.38 |
| 04/05/99 | Interest Adjustment | | 1.30 | 7,226.38 |
| | Payment | | 273.00 | 7,227.68 |
| 04/01/99 | Support Charge | 546.00 | | 7,500.68 |
| 03/31/99 | Interest | 34.12 | | 6,954.68 |
| 03/24/99 | Payment | | 273.00 | 6,920.56 |
| 03/12/99 | Payment | | 273.00 | 7,193.56 |
| 03/01/99 | Support Charge | 546.00 | | 7,466.56 |
| 02/28/99 | Interest | 32.76 | | 6,920.56 |
| 02/26/99 | Payment | | 273.00 | 6,887.80 |
| 02/01/99 | Support Charge | 546.00 | | 7,160.80 |
| 01/31/99 | Interest | 32.76 | | 6,614.80 |
| 01/30/99 | Payment | | 273.00 | 6,582.04 |
| 01/16/99 | Payment | | 273.00 | 6,855.04 |
| 01/08/99 | Adjustment | 7,128.04 | | 7,128.04 |

EXHIBIT___4___
PAGE__5__ OF _5_