**RECEIVED**
MAR 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

To whom it may Concerne

All income I have had since Feb 15-2001 has been workmans comp And it is now TaxAble so I have no TAX PAPers. or statements. my SSI started on the 3rd wensday of JAN 2006 it was for 1124 And I Received one in FeB 2006 Also.? Starting May 1st 2006 monies will Be Taken out of that for medicare - medicade + script Plan so I do not know what I will Bring home?

As for my children I Request that you inform her (my Ex Jennifer Burns) that she needed to file for their benifits As I do not know where they Are

Thank you
DEXTER LEE IVIE
*[signature]*
3-1-06

**RECEIVED**
MAR 0 1 2006
CSSD - MATSU

EXHIBIT 4A
PAGE 1 OF 1