**Dexter Ivie**

P.O. Box 299073
Wasilla, Alaska 99687

(907) 232-4562 Phone
(801) 697-5231 FAX

RECEIVED
MAR 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

To: ERIC D. CONARD          Fax No. 907-746-6296

Date: MARCH 9, 2006         Number of Pages: 22
                            (Including cover sheet)

From: DEXTER IVIE           Phone No. 232-4562

Subject: EXHIBITS: 1-4A OPPOSITION

Dear Mr. Conard,

There is a total of 4 Exhibits with Exhibit 4A as the final exhibit. These four exhibits comprise a total of 21 pages. Please call me if any of the pages are missing.

Sincerely,

Dexter Ivie          Thursday, March 09, 2006