Dexter Ivie
P.O. Box 299073
Wasilla, Alaska 99687

(907) 232-4562

RECEIVED

APR 1 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Dexter Ivie,<br>    Plaintiff,<br><br>   v.<br>Jennifer Burns, fka<br>Jennifer Ivie, fka Jennifer<br>Pharr, fka Jennifer Coffman<br><br>    Defendant. | )<br>)<br>)<br>) Affidavit Format<br>) Facts are Sworn.<br>)<br>)<br>)<br>)<br>) |

CASE NO. A-05-117-CV (JWS)

### MOTION FOR LEAVE TO AMEND THE PLEADINGS

Comes now the Plaintiff, Dexter Ivie, moving the Court for
leave to file an amended complaint pursuant to Federal Rule
of Civil Procedure 15(a).   see **6 Charles Alan Wright** et
al., **Federal Practice and Procedure** §§ 1480-83 (2d ed.
1990).

When a party files a proper motion for leave to amend, rule
15(a) further provides "leave shall be freely given when
justice so requires." Federal Rule of Civil Procedure
15(a); see also **Foman v. Davis**, 371 U.S. 178, 182 (1962);

**Brever**, 40 F. 3d at 1131; **Glenn**, 868 F. 2d at 371; see generally **6 Wright** et al., §§ 1473 and 1483.   The liberal granting of motions for leave to amend reflects the basic policy that pleadings should enable a claim to be heard on its merits. See **Foman**, 371 U.S. at 181-182; **Wright** et al., § 1473 at 521.

DATED this 14th day of April 2006.

By: _____
      Dexter Ivie,        Plaintiff