Dexter Ivie
P.O. Box 299073
Wasilla, Alaska 99687

(907) 232-4562

RECEIVED

APR 14 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Dexter Ivie,                    )
        Plaintiff,              )
                                )
                                ) Affidavit Format
     v.                         ) Facts are Sworn.
Jennifer Burns, fka             )
Jennifer Ivie, fka Jennifer     )
Pharr, fka Jennifer Coffman     )
                                )
        Defendant.              )
_____)
                                CASE NO. A-05-117-CV (JWS)


### AMENDED COMPLAINT


Comes now, Dexter Ivie [Plaintiff] who COMPLAINS, ALLEGES, AFFIRMS, and STATES the following allegations and cause of action under oath against defendant Jennifer Burns.

1.  For Plaintiff's First Cause of Action, Plaintiff alleges that defendant Burns through her actions as well as inactions unlawfully deprived Plaintiff of his 14th Amendment guarantees that no state or person can deny a citizen of life, liberty, or property without due process of law.

SCANNED

2.  For Plaintiff's Second Cause of Action, Plaintiff alleges defendant Burns of intentional obstruction of Plaintiff's lawful exercise of Parental Rights under the 14th amendment causing monetary and emotional harm. Plaintiff further states that Parental Rights are liberty rights protected by the 14th Amendment of the United States Constitution.

3.  For Plaintiff's Third Cause of Action, Plaintiff alleges against defendant Burns intentional and unlawful concealment of his children in direct violation of the Parental Kidnapping and Prevention Act (PKPA) 28 U.S.C § 1738 A and in direct violation of Judge Cutler's order. Plaintiff further states that the defendant never filed a Motion for an Order to Show Cause during the past eight years that would justify her kidnapping of the Plaintiff's minor children.

4.  For Plaintiff's Fourth Cause of Action, Plaintiff alleges a *de facto* termination of his parental rights caused by the defendant's intentional concealment of his children in direct violation of the 14th Amendment and Judge Cutler's order.

-2-

5. For Plaintiff's Fifth Cause of Action, Plaintiff alleges violation of the Family Education Rights and Privacy Act of 1974 or FERPA, 34 CFR 99 to the extent that The defendant made no attempt to offer the Plaintiff the minor children's school records and through defendant Burns' inactions which further prevented Plaintiff's lawful exercise of his parental rights. Plaintiff further states that he could not request these records because he did not know the defendant's current telephone number, physical address, or mailing address.

## Prayer for Relief

1. Injunctive relief. Petitioner requests the court to issue an injunction preventing Jennifer Burns from moving.
2. To establish which state has jurisdiction for modification and custody purposes once Jennifer Burns has been served the petition and once her current address is known.
3. For enforcement of Judge Cutler's visitation order.
4. For any other relief deemed appropriate by the court.

5.  For unspecified monetary, emotional, and punitive damages, if any, to be assessed in an amount deemed appropriate and just by the court or jury.

This is to certify and declare that all statements of law and statements of fact are true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746 and AS 09.63.020

DATED this 14th day of April 2006

By: _____
Dexter Ivie, Petitioner

-4-

**CERTIFICATE OF SERVICE**

The following documents: MOTION FOR LEAVE TO AMEND THE PLEADINGS, AMENDED COMPLAINT, and this Certificate of Service served on the following:

Eric D. Conard, Esq.
Law Office of Eric D. Conard
832 South Colony Way
Palmer, Alaska 99645

746-6229 Office
746-6296 Fax

____✓____ IN PERSON        _____ VIA FIRST CLASS MAIL


DATED this 14th day of April 2006

By: _____
Dexter Ivie,  Plaintiff