RECEIVED
APR 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Dexter Ivie
P.O. Box 299073
Wasilla, Alaska 99687

(907) 232-4562

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| Dexter Ivie,<br>　　　　　Plaintiff,<br><br>　　v.<br>Jennifer Burns, fka<br>Jennifer Ivie, fka Jennifer<br>Pharr, fka Jennifer Coffman<br><br>　　　　　Defendant. | ) <br>) <br>) <br>) Affidavit Format<br>) Facts are Sworn.<br>) <br>) <br>) <br>) <br>) |

**CASE NO. A-05-117-CV (JWS)**

## MOTION TO PLACE THE DEFENDANT's MOTION TO DISMISS/SUMMARY JUDGMENT IN ABEYANCE

Comes now, the Plaintiff, Dexter Ivie moving the court to place in abeyance the above captioned motion.

Since the court did not issue a pre-trial order specifying Discovery deadlines, the Plaintiff was not afforded an opportunity to obtain admissible evidence and genuine issues of material fact through depositions, and interrogatories, etc. as I have not had any contact with my children during the past eight years to obtain admissible evidence.

DATED this 14th day of April 2006

By: _____
    Dexter Ivie,   Plaintiff

## Certificate of Service

The following documents: MOTION TO PLACE THE DEFENDANT'S MOTION TO DISMISS/SUMMARY JUDGMENT and this Certificate of Service served on the following:

Eric D. Conard, Esq.
Law Office of Eric D. Conard, LLC
832 South Colony Way
Palmer, Alaska 99645

746-6229 Office
746-6296 Fax

__X__ IN PERSON          _____ VIA FIRST CLASS MAIL

DATED this 14th day of April 2006

By: _____
    Dexter Ivie,   Plaintiff

-2-