Dexter Ivie
P.O. Box 299073
Wasilla, Alaska 99687

(907) 232-4562

RECEIVED

APR 1 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Dexter Ivie,<br>        Plaintiff,<br><br>        v.<br>Jennifer Burns, fka<br>Jennifer Ivie, fka Jennifer<br>Pharr, fka Jennifer Coffman<br><br>        Defendant. | ) <br>) <br>) <br>) Affidavit Format<br>) Facts are Sworn.<br>) <br>) <br>) <br>) <br>) <br>) |

**CASE NO. A-05-117-CV (JWS)**

### OPPOSITION TO SUMMARY JUDGMENT

Comes now the Plaintiff, Dexter Ivie, who opposes the defendant's Motion for Summary Judgment affirming with facts that the above captioned case should not be dismissed as a matter of law when there are genuine issues of material fact. Furthermore, this case was not given the opportunity to progress to the Discovery phase which would afford the Plaintiff the opportunity to conduct depositions, interrogatories, and receive requests for production of documents.

It is important for the Court to continue this case that it may receive vital admissible evidence relevant to the issues which is currently impossible for Dexter to submit to this Court unless Discovery is allowed to proceed.

In the alternative, the Court, at its discretion, may hold an Evidentiary Hearing making an exception to work with the available evidence at hand for a Motion for Preliminary Injunction (to prevent defendant Burns from moving from her domicile) or for a Motion for Leave to Present Evidence per Local Rule 7.1(m).

DATED this 14th day of April 2006

By: *Dexter Ivie*
    Dexter Ivie,    Plaintiff