Dexter Ivie
P.O. Box 299073
Wasilla, Alaska 99687

(907) 232-4562

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

Dexter Ivie,                        )
            Plaintiff,              )
                                    )
                                    ) Affidavit Format
            v.                      ) Facts are Sworn.
Jennifer Burns, fka                 )
Jennifer Ivie, fka Jennifer         )
Pharr, fka Jennifer Coffman         )
                                    )
            Defendant.              )
_____ )
            CASE NO. A-05-117-CV (JWS)

### STATEMENT OF GENUINE ISSUES OF MATERIAL FACT

I declare under penalty of perjury that the foregoing is true and correct and that I have personal knowledge of the stated facts.

1. Defendant Jennifer Burns has unlawfully concealed my children without cause during the past eight years.

2. Defendant Jennifer Burns has never filed for a Motion for an Order to show cause or to Modify the Visitation and phone calls.

3. Through independent research, it is believed that the defendant has lived in the following states prior to moving to Hawaii: Ohio, Missouri, Kansas, California, and Nevada.

4. Through documents submitted in Judge Cutler's court, 3 PA-98-157 CI, there is circumstantial evidence showing that Mariah Moon Ivie has suffered a severe case of Parental Alienation Syndrome.

DATED this 14th day of April 2006

By: _____
Dexter Ivie,   Plaintiff

SUBSCRIBED AND SWORN before me, this 14th day of April 2006 at Anchorage, Alaska.

Notary Public
AMANDA KOBUSSEN
State of Alaska
My Commission Expires March 1, 2009

Notary Public IN and For Alaska
My Commission Expires: _Mar 1 2009_

-2-