Dexter Ivie
P.O. Box 299073
Wasilla, Alaska 99687

(907) 232-4562

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| Dexter Ivie, )<br>)<br>Petitioner )<br>)<br>v. )<br>Jennifer Burns, fka )<br>Jennifer Ivie, fka Jennifer )<br>Pharr, fka Jennifer Coffman )<br>)<br>Respondent. )<br>_____) | Affidavit Format<br>Facts are Sworn. |

**CASE NO. A-05-117-CV (JWS)**

**CERTIFICATE OF SERVICE**

The following documents: OPPOSITION TO DEFENDANT's MOTION FOR SUMMARY JUDGMENT, STATEMENT OF GENUINE ISSUES OF MATERIAL FACT, and this Certificate of Service served on the following:

Eric D. Conard, Esq.
Law Office of Eric D. Conard, LLC
832 South Colony Way
Palmer, Alaska 99645

746-6229 Office
746-6296 Fax

  ✓       IN PERSON         _____    VIA FIRST CLASS MAIL

RECEIVED
APR 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

DATED this 14th day of April 2006

By: _____
    Dexter Ivie, Plaintiff

**CONCLUSION**

Dexter believes that the mentioned facts will prove his claims along with Discovery requests.

The Court is urged to continue this case for all of the Plaintiff's stated reasons.

DATED this 14th day of April 2006

By: _____
    Dexter Ivie, Plaintiff

-2-